IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH DURAN | § | |
| VS. | § | CIVIL ACTION NO. 1:26-cv-443 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION REGARDING TRANSFER

Petitioner Joseph Duran, an inmate confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Discussion

On January 5, 2022, in the 340th Judicial District Court for Tom Green County, Texas, Petitioner was convicted of Evading Arrest in Cause No. C-21-0449-SA. Petitioner was sentenced to a term of forty years' imprisonment in the Texas Department of Criminal Justice, Correctional Institutions Division. Petitioner brings this petition attacking his conviction.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district court for the district wherein such person is in custody or in the district court for the district within which he was convicted. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner is currently confined at the LeBlanc Unit in Beaumont, Texas which is located in the Eastern District of Texas. However, Petitioner was convicted and sentenced in Tom Green County, Texas. Pursuant to 28 U.S.C § 124, Tom Green County is in the San Angelo Division of the United States District Court for the Northern District of Texas.

While jurisdiction is proper in the Eastern District of Texas because the prisoner is confined within the district court's territorial boundaries, the court has considered the circumstances and has determined that the interests of justice would best be served if this petition were transferred to the division in which Petitioner was convicted.

Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Since Petitioner complains of a conviction which occurred in the San Angelo Division of the Northern District of Texas and all records and witnesses involving this action may be located in the Northern District, the transfer of this action to such division would further justice. Therefore, it is the opinion of the undersigned that this petition should be transferred to the United States District Court for the Northern District of Texas, San Angelo Division. Accordingly, it is

**ORDERED** that the Clerk of Court will **TRANSFER** this action to the Clerk of Court for the United States District Court for the Northern District of Texas, San Angelo Division.

SIGNED this 30th day of September, 2026.

Zack Hawthorn
United States Magistrate Judge